FILED: 2/19/14

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STARR, an individual,<br><br>      Plaintiff,<br><br>  v.<br><br>MICHAEL STARS, INC., a California corporation,<br><br>      Defendant.<br><br>AND RELATED COUNTER-ACTION. | Case No. CV13-2070 GHK (AGRx)<br><br>[~~PROPOSED~~] **ORDER APPROVING STIPULATION FOR DISMISSAL**<br><br>Judge: The Honorable George H. King |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Good cause appearing, the Court has considered the Stipulation re Dismissal in this matter.

**IT IS HEREBY ORDERED** that the Stipulation re Dismissal is approved and this case is dismissed with prejudice.

2/19/14

HONORABLE GEORGE H. KING
U.S. District Court,
Central District of California